# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

156526

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* HEARD/WHITE, Minors.

SC: 156526
COA: 339727
Wayne CC Family Division:
15-000613

_____/

On order of the Court, the application for leave to appeal the August 30, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk

p1017